UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JENNIFER EAST. *individually and on behalf of all* :
*other persons similarly situated,,* :
: 
                              Plaintiff, :          ORDER
:
        -against-            :          18 Civ. 4251 (GBD)
:
VISITING NURSE SERVICE OF NEW YORK, :
MARKI FLANNERY, JESSICA CUMMINS, :
LORRAINE EARLE and JOHN DOES #1–10, :
:
                              Defendants. :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA action have reached a settlement and jointly move for an order approving the settlement. (ECF No. 22.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and the motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff in the amount of $19,510 is approved;

2. The payment of attorneys' fees and costs to Plaintiff's attorneys in the amount of $10,490 is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York          SO ORDERED.
       October 25, 2018

                                   *George B. Daniels*
                                   GEORGE B. DANIELS
                                   United States District Judge